

**ORDERED in the Southern District of Florida on April 16, 2013.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Sissi Saint Albin and Omar Saint Albin          Case No. 10-36629-AJC
      Maria Berrier                                                     Chapter 13

Debtors _____/

## ORDER GRANTING DEBTORS' EX-PARTE MOTION TO SUBSTITUTE COUNSEL

THIS CAUSE came to be heard on Debtors' Ex-Parte Motion to Substitute

Counsel, and it is **ORDERED** that:

1. Debtors' Ex-Parte Motion to Substitute Counsel is granted and Attorney

Carolina A. Lombardi is allowed to substitute for Nicole Walsh as counsel for debtors.

###

Attorney Carolina A. Lombardi is directed to mail a conformed copy
of this Order to all interested parties immediately upon receipt of this Order